## STATEMENT OF FACTS

### *May 30, 2025 –Controlled Purchase of Cocaine Base*

1.     On Friday May 30, 2025, members of the Metropolitan Police Department/Drug Enforcement Agency ("MPD DEA") Task Force conducted a controlled narcotics purchase from ALFREDO PANNELL ("PANNELL") in the 5800 block of Dix Street, Northeast, using an undercover law enforcement officer ("the UC"). Prior to the operation, the UC was then provided with $500.00 of prerecorded funds and equipped with an audio and video recording device to capture the purchase of cocaine base.

2.     The UC drove to the 5800 block of Dix Street, Northeast, in an undercover law enforcement vehicle ("the UC vehicle").  MPD DEA Task Force Officers established a physical observation post for conducting surveillance in the 5800 block of Dix Street, Northeast, before the UC arrived. Based on prior interactions, law enforcement was aware that PANNELL and his family resided in the 5800 block of Dix Street, Northeast.

3.     PANNELL arrived in the 5800 block of Dix Street, Northeast, at approximately 12:19 p.m. via rideshare vehicle. PANNELL exited the vehicle and entered a residence in the 5800 block of Dix Street, Northeast. PANNELL then exited that residence and engaged in a conversation with the UC about the purchase of a ½ ounce quantity of cocaine base.



1

4.      PANNELL told the UC to give him a moment and walked back into the residence. A few moments later, PANNELL exited the residence, walked to the UC vehicle, and entered the rear passenger compartment of the UC Vehicle.

5.      The UC exchanged pleasantries with PANNELL, and PANNELL handed the UC a clear plastic bag with a loose, white rock-like substance. In exchange, the UC provided PANNELL with the $500.00 in pre-recorded funds. PANNELL then exited the UC vehicle and went back inside the residence.  Before departing, PANNELL agreed to let the UC contact him for future narcotics purchases.  The substance provided to the UC by PANNELL field-tested positive for the presence of cocaine base and weighed 16.6 grams (.59 ounces).

### *June 23-24, 2025 – Controlled Telephone Call and Controlled Purchase of Cocaine Base*

6.      On Monday June 23, 2025, the UC called PANNELL on PANNELL's known cellular telephone number to arrange the purchase of narcotics. PANNELL answered the phone and exchanged pleasantries with the UC. The UC inquired about the purchase of a ½ ounce quantity of "up," and "down" (referring to a certain quantity of crack cocaine, a stimulant ("up") and heroin, a depressant ("down")). PANNELL agreed to the sale.  Both parties then agreed to meet the following day at approximately noon.

7.      On Tuesday June 24, 2025, law enforcement conduced a controlled narcotics purchase with the UC, in the 600 block of F Street Northwest. The purpose of this operation was to purchase ½ ounce quantity of crack cocaine from PANNELL. The UC was provided with $1,000 in prerecorded funds. Additionally, the UC, and the UC vehicle, were equipped with audio and video recording devices to capture the controlled purchase.

8.      Prior to the operation, PANNELL called the UC and asked how much the UC usually paid for "down" (heroin). The UC responded that the price of "down" depends on the area. PANNELL stated that he was waiting to hear back from an associate for a wholesale price. The UC told PANNELL not to worry about the heroin if he didn't have it handy, which PANNELL acknowledged.

9.      At approximately 12:20 p.m., surveillance officers established a physical monitoring post in the 600 block of F Street, Northwest, prior to the UC entering the area. At approximately 12:35 pm., law enforcement observed PANNELL walking in that location.



10.      The UC arrived at the location and called PANNELL on the TARGET PHONE NUMBER. PANNELL advised that he was in front of the Capitol One Arena. The UC described the UC car and relocated to PANNELL'S location. PANNELL then entered the vehicle, and both parties exchanged pleasantries.



0075_HAT_06252025.004.cam1

11.     PANNELL reached into a small satchel shoulder bag and retrieved a clear, plastic bag containing a loose, white rocklike substance. PANNELL handed that item to the UC in exchange for $1000.00 of prerecorded funds. PANNELL then told the UC that PANNELL could get the heroin from another associate at a later date, and then exited the UC vehicle. PANNELL was observed leaving the area on foot.



12.     The substance provided to the UC by PANNELL field-tested positive for the presence of cocaine base and weighed 35.6 grams (1.26 grams).

13.     As such, Your Affiant respectfully submits that there is probable cause to find that, on May 30, 2025, in the District of Columbia, ALFREDO PANNELL committed the offense of Distribution of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

14.     Your Affiant also respectfully submits that there is probable cause to find that on June 24, 2025, in the District of Columbia, ALFREDO PANNELL committed the offense of Distribution of More Than 28 grams of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii).

_____
MICHAEL M. REESE
TASK FORCE OFFICER (DEA)
INVESTIGATOR (MPD)


SWORN AND SUBSCRIBED BEFORE ME ON AUGUST 13, 2025.


_____
MOXILA A. UPADHYAYA
United States Magistrate Judge

5